**STATE of Missouri, Respondent,**

v.

**Randy WHITE, Appellant.**

**No. WD 59188.**

Missouri Court of Appeals,
Western District.

April 2, 2002.

Tara L. Jensen, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, and Philip M. Koppe, Assistant Attorney General, Kansas City, for respondent.

Before PAUL M. SPINDEN, Chief Judge, JAMES M. SMART, Jr., Judge, and LISA WHITE HARDWICK, Judge.

### ORDER

PER CURIAM.

Randy White appeals the circuit court's judgment convicting him of robbery in the first degree and armed criminal action. We affirm. Rule 30.25(b).